AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

V.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

8:05 mc 62

Case Number:    CV02-233 PHX NVW

I, _____Richard H. Weare_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action   _February 15, 2005_ , as it
                                                                                                                                                                                            Date
appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

05 JUN 20 PM 1:22

| March 21, 2005 | Richard H. Weare |
|---|---|
| Date | Clerk |

*Caluca*
(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



X LODGED  __ RECEIVED  __ COPY
FEB 1 0 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ J  DEPUTY

X FILED  __ LODGED
__ RECEIVED  __ COPY
FEB 1 5 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RW PROFESSIONAL LEASING SERVICES CORP. dba Professional Leasing Services, a New York corporation; and WELLS FARGO FINANCIAL LEASING, INC., an Iowa corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARIZONA-PHOENIX INNOVATIVE PARTNERS LLC dba RENAISSANCE LASER HAIR REMOVAL & COSMETIC CENTER, an Arizona limited liability company; ARIZONA-SCOTTSDALE INNOVATIVE PARTNERS, LLC, an Arizona limited liability; ARIZONA-MESA INNOVATIVE PARTNERS, LLC, an Arizona limited liability company; RENAISANCE FRANCHISE SYSTEM, INC., an Arizona corporation, and BARRY FRANK, and LORI FRANK, husband and wife,<br><br>Defendants. | No. 2:02-CV-00233-NVW<br><br><br><br><br><br><br><br>**DEFAULT JUDGMENT AGAINST BARRY FRANK AND LORI FRANK** |

Based upon the Motion for Entry of Default Judgment submitted by Plaintiff Wells Fargo Financial Leasing, Inc., and the Court having received evidence as to the amount of damages, Plaintiff's costs and reasonable attorney's fees, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiff, Wells Fargo Financial Leasing, Inc., have judgment against Defendants Barry Frank and

Lori Frank, in the principal amount of $400,417.42, plus interest at the rate of ten per cent (10%) per annum from February 10, 2005, until paid in full, plus attorney's fees in the amount of $12,286.00 and costs in the amount of $499.15, together with interest on said attorney's fees and costs at the rate of ten percent (10%) per annum pursuant to A.R.S. §44-1201 from entry of judgment until paid in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is no just reason for delay and that this Judgment shall be immediately entered accordingly.

**DONE IN OPEN COURT** this date: _February 11, 2005_

_____
Neil V. Wake
U.S. District Court Judge