UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R.W. PROFESSIONAL LEASING
SERVICES CORPORATION,

Plaintiff,

v.                                                          Case No. 8:05-mc-62-T-30MSS

BARRY FRANK, individually
and LORI FRANK, individually,

Defendants.
_____/

## ORDER

**THIS CAUSE** comes on for consideration of Plaintiff's Motion for Garnishment against Defendants, Barry and Lori Frank (Dkt. 3). Plaintiff apparently moves this Court for a writ of garnishment in aid of execution of a foreign judgment pursuant to Rule 69, Fed. R. Civ. P., although no memorandum of law accompanied Plaintiff's motion as required by Local Rule 3.01(a).

Rule 69 provides that proceedings in aid of a judgment are held "in accordance with the practice and procedure of the state in which the district court is held." Fed. R. Civ. P. 69. Section 77.03 of the Florida Statutes permits the issuance of a writ of garnishment by a court upon a timely motion by the judgment creditor. See Fla. Stat. § 77.03.

Upon consideration, the Court finds that Plaintiff is entitled to a writ of garnishment. Accordingly, it is **ORDERED** that the Clerk of this Court shall issue a writ of garnishment that commands Bank of America, N.A., as garnishee, to serve an answer on Plaintiff's attorney within twenty (20) days after service on the garnishee. The writ shall also set forth the amount stated in the Plaintiff's motion.

**DONE** and **ORDERED** in Tampa, Florida this 3rd day of November 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties